UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>BRUCE IVES, et al.,<br><br>    Defendants. | Case No.  15-mc-80212-BLF<br><br>**ORDER DENYING LEAVE TO FILE COMPLAINT**<br><br>[Re:  ECF 1] |

Pro se plaintiff Kuang-Bao P. Ou-Young has been declared a vexatious litigant who must obtain leave of court before filing certain types of lawsuits, including those "alleging any violations of the federal criminal statutes, pursuant to 18 U.S.C. § 1512(b), 18 U.S.C. § 1512(c), and 18 U.S.C. § 371, and the FTCA, codified at 28 U.S.C. §2671 *et seq.*" *See* Order Granting United States' Mot. to Dismiss and Declaring Plaintiff a Vexatious Litigant ("Vexatious Litigant Order"), ECF 40 in Case No. 3:13-cv-04442-EMC.

Before the Court is Plaintiff's proposed complaint, dated June 1, 2015 and filed on August 7, 2015, against defendants Bruce Ives and F. Joseph Warin, alleging violations of 18 U.S.C. § 1512. *See* Compl., ECF 1. This complaint is nearly identical to an earlier complaint submitted by Plaintiff, dated December 4, 2014, that the Court reviewed and determined to be barred by Judge Chen's pre-filing order. *See* Order Denying Leave to File Complaint, ECF 2 in Case No. 5:14-mc-80332-BLF.  For the reasons stated in that order, which is attached here, the Court DENIES leave to file the complaint.

Dated: August 13, 2015

_____
BETH LABSON FREEMAN
United States District Judge